## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

LARRY GLEN CATHERS,

        Plaintiff,

v.                               **ORDER**
                                  Civil File No. 03-3388 (MJD/RLE)

JAMES TOWNLEY, Officer acting in
his individual and official capacity
as Hibbing Police Officer, and
THE CITY OF NASHWAUK,

        Defendants.
_____

Michael A. Zimmer and Kafi C. Linville, Tewksbury, Kerfeld & Zimmer, P.A., for Plaintiff.

Jon K. Iverson and Pamela J. Whitmore, Iverson Reuvers, LLC, Counsel for Defendants.
_____

    **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion in Limine to Exclude Testimony Regarding Prior Contact with the Criminal Justice System [Docket No. 47] is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Evidence regarding Cathers' prior contact with the criminal justice system is excluded.

    b. Evidence of Mary McLaughlin's felony check forgery conviction is admissible for impeachment purposes if Defendants provide a certified copy of that conviction.

       c.      The videotaped deposition of Mary McLaughlin showing her in prison uniform is excluded. Defendants may read the transcript of that deposition to the jury.

       d.      Evidence of Candy Martin's public assistance fraud conviction is admissible for impeachment purposes if Defendants provide a certified copy of that conviction.

       e.      Evidence of Anthony Bailey's unspecified conviction is excluded because Defendants have offered no explanation of the specific crime involved or the date of conviction.

2.    Defendant's Motion in Limine to prohibit evidence concerning dismissal of Plaintiff's state obstruction charge [Docket No. 59] is **DENIED**.

Dated: March 1, 2006　　　　　　　　　　　s / Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　Judge Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　United States District Court