## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

LARRY GLEN CATHERS,

        Plaintiff,

v.                                       **ORDER**
                                       Civil File No. 03-3388 (MJD/RLE)

JAMES TOWNLEY, Officer acting in
his individual and official capacity
as Hibbing Police Officer, and
THE CITY OF NASHWAUK,

        Defendants.

_____

**IT IS HEREBY ORDERED**:

Consistent with the Court's oral ruling, the Court's March 1, 2006, Order is modified as follows:

Evidence regarding the contents of the radio transmission is admissible. The officers and Plaintiff Larry Cathers may testify regarding the contents of that radio transmission, including any statements made regarding Cathers' prior contact with the criminal justice system.

Dated:  May 15, 2006                                   s / Michael J. Davis
                                                                     Judge Michael J. Davis
                                                                     United States District Court